United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br>Plaintiffs,<br>v.<br>HIMS & HERS HEALTH, INC.,<br>Defendant. | Case No. 26-cv-07941-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Vince Chhabria for consideration of whether the case is related to *Federal Trade Commission v. Hims & Hers Health, Inc.*, No. 26-cv-07871-VC.

**IT IS SO ORDERED.**

Dated: August 19, 2026

JON S. TIGAR
United States District Judge