KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
MAYA JAMES - # 318554
mjames@keker.com
NIALL M. FRIZZELL - # 311929
nfrizzell@keker.com
EMILY HASSELBERG - # 326990
ehasselberg@keker.com
SARA FITZPATRICK - # 337360
sfitzpatrick@keker.com
633 Battery Street
San Francisco, California 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
HIMS & HERS HEALTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE PEOPLE OF THE STATE OF CALIFORNIA, acting by and through LOS ANGELES COUNTY COUNSEL DAWYN R. HARRISON; and UTAH DIVISION OF CONSUMER PROTECTION,<br><br>Plaintiffs,<br><br>v.<br><br>HIMS & HERS HEALTH, INC.,<br><br>Defendant. | Case No. 3:26-cv-07871-VC<br><br>**DEFENDANT HIMS & HERS HEALTH, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: January 7, 2027<br>Time: 10:00 a.m.<br>Dept.: Courtroom 3 – 17th Floor<br>Judge: Hon. Vince Chhabria<br><br>Date Filed: July 29, 2026<br><br>Trial Date: Not yet set |

**NOTICE OF MOTION AND MOTION TO DISMISS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTE that on January 7, 2027, at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Vince Chhabria, in Courtroom 3 (17th Floor) of the Phillip Burton Federal Building and United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Hims and Hers Health, Inc. ("H&H") will and hereby does move to dismiss the complaint filed by Plaintiffs for lack of subject-matter jurisdiction under Rule 12(b)(1) and for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure. This motion is based on this notice of motion and motion; the accompanying memorandum of points and authorities; H&H's concurrently filed request for judicial notice; the concurrently filed declarations of Paul Bouzakis and Maya James, and the exhibits attached thereto; all pleadings and papers on file in this action; and such other argument or evidence as the Court may receive at or before the hearing on this matter.

Dated: October 22, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Benjamin Berkowitz*
BENJAMIN BERKOWITZ
NICHOLAS S. GOLDBERG
MAYA JAMES
NIALL M. FRIZZELL
EMILY HASSELBERG
SARA R. FITZPATRICK

Attorneys for Defendant
HIMS & HERS HEALTH, INC.