# EXHIBIT A

## Case Schedule Proposal

| Deadline | Agreed-Upon Deadline |
|---|---|
| D's Answer/MTD Due | Thursday, October 22, 2026 |
| Initial Disclosures Due | Friday, October 23, 2026 |
| Advanced Notice of Appearance for CMC | Friday, October 23, 2026 |
| Joint Case Management Statement | Friday, October 23, 2026 |
| Initial Case Management Conference | Friday, October 30, 2026 |
| P's Last Day to Amend Cmplt. as of Right | Thursday, November 12, 2026 |
| P's Opposition to MTD Due | Wednesday, November 25, 2026 |
| D's Reply to Opp'n to MTD Due | Thursday, December 17, 2026 |
| P's Last Day to Amend Cmplt. | Tuesday, December 29, 2026 |
| Hearing on MTD | Thursday, January 7, 2027 |
| Further Case Management Conference | Friday, May 7, 2027 |
| Disclosure of Affirmative Experts | Thursday, May 13, 2027 |
| Fact Discovery Closes | Thursday, June 24, 2027 |
| Reports of Affirmative Experts Due | Thursday, July 8, 2027 |
| Expert Discovery Opens | Thursday, July 8, 2027 |
| Disclosure of Rebuttal Experts | Thursday, August 19, 2027 |
| Reports of Rebuttal Experts Due | Thursday, September 2, 2027 |
| Expert Discovery Closes | Thursday, September 30, 2027 |
| MSJ - Brief 1 -<br>P's Opening Brief ISO MSJ | Thursday, October 21, 2027 |
| MSJ - Brief 2 -<br>D's Opposition to P's MSJ;<br>D's Opening Brief ISO MSJ;<br>D's Daubert Motion re: P Experts supporting P | Thursday, November 18, 2027 |
| MSJ - Brief 3 -<br>P's Reply ISO P's MSJ;<br>P's Opposition to D's MSJ;<br>P's Opposition to D's Daubert Motion<br>P's Daubert Motion re: D Experts supporting D | Thursday, December 16, 2027 |
| MSJ - Brief 4 -<br>D's Reply ISO D's MSJ<br>D's Reply ISO D's Daubert Motion<br>D's Opposition to P's Daubert Motion | Thursday, January 20, 2028 |
| P's Reply ISO P's Daubert Motion | Thursday, January 27, 2028 |
| Dispositive Motions Hearing Date (Cross-MSJs, Cross-Dauberts) | Thursday, February 10, 2028 |
| Serve Trial Motions in Limine (incl. addt'l Dauberts); Meet & confer re Final PTC | Tuesday, March 14, 2028 |

| | |
|---|---|
| File prop supplemental juror questionnaire & prop jury instructions (if jury trial) | Tuesday, March 21, 2028 |
| Serve Oppositions to MILs | Tuesday, March 21, 2028 |
| File Joint Final Pretrial Conference Statement; file MIL & Opp'n to MIL | Tuesday, March 28, 2028 |
| File involved indiv. list, prop verdict forms, stmt of case, ex list | Tuesday, April 4, 2028 |
| Arrangement of daily transcript or real-time reporting; Filing of prop order for bringing ex presentation equipmt & tech | Monday, April 10, 2028 |
| Final Pretrial Conference | Tuesday, April 11, 2028 |
| & Tech | Thursday, April 13, 2028 |
| Joint filing of all designations of depo testimony | Thursday, April 13, 2028 |
| Deliver original trial ex set & flash drive of exs | Wednesday April 19, 2028 |
| Trial | Monday, April 24, 2028 |

| | |
|---|---|
| Defendant's Proposal: BENCH TRIAL ALTERNATIVE: all applicable pretrial filings, including trial briefs, due seven days before PTC (¶49); replaces jury filing dates above: | Tuesday, April 4, 2028 |