United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION, et al.,
Plaintiffs,

v.

HIMS & HERS HEALTH, INC.,
Defendant.

Case No. 3:26-cv-07871-VC (KAW)

**DISCOVERY REFERRAL ORDER**

The district judge has referred all discovery matters to the undersigned. All discovery disputes must comply with the undersigned's standing order, available online at: https://cand.uscourts.gov/judges/westmore-kandis-a-kaw/. The dispute procedures require lead counsel for the parties to meet and confer in person or by video conference, and then submit a joint letter addressing any unresolved disputes. The joint letter must comply with all requirements in Paragraph 14 of the civil standing order, including using the required format and the limitations on exhibits.

The joint letter must be e-filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." (Judge Westmore's Civil Standing Order ¶ 14(c).) If the joint letter is incorrectly filed, the parties risk the dispute going unresolved.

If a pending discovery dispute does not comply with this procedure, it may be terminated and the parties ordered to refile a joint letter that complies with the standing order.

IT IS SO ORDERED.

Dated: November 4, 2026

KANDIS A. WESTMORE
United States Magistrate Judge